United States District Court
Southern District of Texas
**ENTERED**
October 10, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHANTHOL CHEM, (#A025374511) Petitioner, | § § § § § |
| vs. | § § CIVIL ACTION NO. H-18-3281 |
| KIRSTJEN NIELSEN, Respondent. | § § § § § |

## MEMORANDUM ON DISMISSAL

The petitioner has not responded to the Court's Notice of Deficient Pleading. (Docket Entry No. 3). The Court's Notice of Deficient Pleading entered September 20, 2018, required the petitioner to file an application to proceed as a pauper or pay a filing fee of $5.00.

Copies of the Notice of Deficient Pleading were mailed to the petitioner at the address on record for the petitioner. The record indicates that the order was returned to the Court by the postal service because the petitioner had been released from custody. (Docket Entry No. 4).

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The Court will send notices only to the address on file. The petitioner has failed to provide the Court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. Moore, Federal Practice § 41.51(3)(b) & (e) (3d ed. 1998). Upon a proper showing, relief from this order may be granted in

O:\RAO\VDG\2018\18-3281.a01.wpd

accordance with Fed. R. Civ. P. 60(b).  *See Link*, 370 U.S. at 635.

    This action is DISMISSED without prejudice for want of prosecution.

SIGNED at Houston, Texas, on _____Oct 5_____, 2018.

                                             VANESSA D. GILMORE
                                             UNITED STATES DISTRICT JUDGE